# Third District Court of Appeal

## State of Florida

Opinion filed August 31, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1344
Lower Tribunal No. 20-0731
_____

**J.C.H., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Dawn Denaro, Judge.

Carlos J. Martinez, Public Defender, and Deborah Prager and Nicholas A. Lynch, Assistant Public Defenders, for appellant.

Ashley Moody, Attorney General, and Sonia Perez, Assistant Attorney General, for appellee.

Before SCALES, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.